JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GLENN VASQUEZ,<br>    Petitioner,<br>v.<br>FRED FOULK,<br>    Respondent. | Case No. EDCV 13-02013 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: May 27, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE